IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Adigun Olatunji,                         ) | Civil Action No. 2:10-cv-02975-DCN |
|               Plaintiff,   ) | |
| v.                                                  ) | |
| DSV AIR & SEA AB, DSV OCEAN    ) | |
| TRANSPORT A/S, DSV Air & Sea, Inc., DSV ) | |
| Air & Sea AB, DSV Road AB, DSV A/S, and  ) | CONSENT ORDER SUBSTITUTING |
| DSV A/S Goteborg,                        ) | DEFENDANTS AND VACATING |
|               Defendant.  ) | SCHEDULING ORDER |
|                               ) | |
|                               ) | |
|                               ) | |
|                               ) | |

      Pursuant to Rule 15 of the Federal Rules of Civil Procedure, and with the consent of the parties and for good cause shown, it is ORDERED that the Plaintiff shall have leave to amend its Complaint to substitute Casco Adhesives and AKZO Nobel Coatings as defendants in the above-entitled action.  The current defendants, DSV Air & Sea, AB, DSV Ocean Transport A/S, DSV Air & Sea, Inc., DSV Air & Sea AB, DSV Road AB, DSV A/S, and DSV A/S Goteborg, are hereby dismissed from this action without prejudice.

      As new defendants are to be substituted for those listed in the current caption, the Court's Scheduling Order of January 13, 2011 is hereby vacated.  A new scheduling order will be issued after the newly substituted defendants are served and have made their appearances.

WE CONSENT:

BUIST MOORE SMYTHE MCGEE P.A.

s/Julius H. Hines
Julius H. Hines, Fed. ID No. 5807
5 Exchange Street
P.O. Box 999
Charleston, SC  29402
(843) 722-3400
Attorneys for Defendant DSV Air & Sea, Inc.

JOHN HUGHES COOPER, P.C.

s/John Hughes Cooper
John Hughes Cooper, Fed. ID No. 298
Post Office Box 21897
Charleston, SC  29413
(843) 883-9099
Attorneys for Plaintiff

January 31, 2011
Charleston, South Carolina

IT IS SO ORDERED::

_____
DAVID C. NORTON, District Judge

January 31, 2011
Charleston, South Carolina